IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HELEN CARPITELLA | * | |
| Plaintiff | * | |
| v. | * | |
| FORIS SURGICAL GROUP, L.L.P., et al. | * | Civil Action No.: JFM-98-4026 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Plaintiff's Motion for Leave to File a Second Amended Complaint to which no opposition has been filed, it is this 12- day of April, 2000

ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint is granted.

J. Frederick Motz
United States District Judge

