IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HELEN CARPITELLA                    *

    Plaintiff                           *

v.                                  *       Civil Action No. JFM-98-4026

FREDERICK MEMORIAL HOSPITAL,        *
et al.
    Defendants                         *

                                        *

*******************************************************************

### Notice of Withdraw of Counsel

M. Clerk:

Please strike the appearance of Stacie Free Farley as counsel for Defendant Frederick Memorial Hospital. Barbara McC. Stanley has entered her appearance in this matter and will continue as counsel for Defendant.

_____          _____
Barbara McC. Stanley                     Stacie Free Farley
201 N. Charles Street, Suite 2000        201 N. Charles Street, Suite 2000
Baltimore, Md 21201                      Baltimore, Md 21201
(410) 752-1630                           (410) 752-1630

### Notice of Service

    I HEREBY CERTIFY that on this **8th day of May,** 2000, a copy of the foregoing Notice of Withdraw of Counsel was mailed to **Paul D. Bekman, Esquire and Lauren R. Calia, Esquire**, Suite 450, 300 West Pratt Street, Baltimore, Maryland 21201, Attorneys for Plaintiff; and **Frederick W. Goundry, III, Esquire**, 30 West Patrick Street, Suite 700, Frederick, Maryland 21701, Attorney for Defendants Foris Surgical Group and Dr. McNeill.

_____
Barbara McC. Stanley