## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HELEN CARPITELLA | * | FEB 2 2 2001 |
| Plaintiff | * | CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND |
| v. | * | Case No.  JFM-98-4026 |
| FORIS SURGICAL GROUP, L.L.P. | * | |
| and | * | |
| PAUL M. McNEILL, M.D. | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective undersigned counsel, stipulate and agree that this action against Paul McNeill, M.D., Blaine Smith, M.D. and Foris Surgical Group, LLP shall be, and hereby is, DISMISSED WITH PREJUDICE.

FILED — ENTERED
RECEIVED

FEB 2 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY


_____
PAUL D. BEKMAN
LAUREN R. CALIA
Israelson, Salsbury, Clements
 & Bekman
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201


_____
FREDERICK W. GOUNDRY, III
Varner, Kaslick & Goundry
30 West Patrick Street
Suite 700
Frederick, Maryland 21701